## UNITED STATES DISTRICT COURT
District of New Jersey

Chambers of
**William H. Walls**
Senior District Judge
_____

(973) 645-2564
(973) 645-3436 Fax

Martin Luther King Jr.
Federal Courthouse
50 Walnut Street
Newark, New Jersey 07102

April 5, 2010

Antranik Keshishian
365 SE 6th Avenue
Delray Beach, FL 33483

John Peter Suarez
United States Attorney's Office
Mitchell H. Cohen U.S. Courthouse
4th and Cooper Streets, Room 2070
Camden, NJ 08101

      **Re: United States v. Keshishian**
      **Docket No. 96-00081 (WHW)**

Dear Parties,

      On January 4, 2010, Petitioner Antranik Keshishian moved this Court to modify the conditions of his supervised release to non-reporting supervised release, so that he could move to Lebanon to care for his elderly mother. This Court invited the government to respond, warning that failure to do so would constitute a waiver of any objections to Mr. Keshishian's motion. Because the government did not respond, it has waived its right to object.

      It is on this 5th day of April, 2010:

      ORDERED that Antranik Keshishian's motion to be placed on non-reporting supervised release for the duration of his term of supervised release is GRANTED.

      Yours truly,

      <u>s/ William H. Walls</u>
      United States Senior District Judge

cc:    All Counsel of Record (via CM/ECF)
       Antranik Keshishian (via USPS)